**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Jared Walczak

                                        Plaintiff,

v.                                                            Case No.: 1:22−cv−00483
                                                                       Honorable John Z. Lee

Falcon Moving, LLC, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 20, 2022:

      MINUTE entry before the Honorable John Z. Lee: The Court has received the parties' joint settlement agreement. After review of the agreement, the Court finds that "it is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Cheeks v. Freeport Packing House, Inc., 795 F.3d 199, 203 (2d Cir. 2015) (quoting Lynn's Food Stores, Inc. v. U.S. Dep't of Lab., 679 F.2d 1350, 1355 (11th Cir. 1982); see also Walton v. United Consumers Club, Inc., 786 F.2d 303, 306 (7th Cir. 1986). Accordingly, the Court approves the settlement and dismisses the case with prejudice. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.